**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000041
01-JUN-2017
08:30 AM**

NO. CAAP-17-0000041

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF GUARDIANSHIP OF HW-M

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-G NO. 16-1-0005)

ORDER DISMISSING THE APPEAL
(By: Leonard, Presiding Judge, Ginoza and Chan, JJ.)

Upon review of the record, it appears that:

(1) On January 25, 2017, Respondent-Appellant DD (Appellant) filed a notice of appeal;

(2) On March 28, 2017, the circuit court clerk filed the record on appeal;

(3) On March 29, 2017, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before April 7, 2017, and May 8, 2017, respectively;

(4) Appellant did not file either document or request an extension of time;

(5) On May 10, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 22, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(6) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 1, 2017.

Presiding Judge

Associate Judge

Associate Judge